**STATE of Missouri, Respondent,**

v.

**Demetrius HULSEY, Appellant.**

**No. ED 99518.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 11, 2014.

Andrew E. Zleit, St. Louis, MO, for appellant.

Robert J. Bartholomew, Jefferson City, MO, for respondent.

Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

### *ORDER*

PER CURIAM.

Demetrius Hulsey (Defendant) appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of two counts of first-degree robbery. Defendant claims the trial court erred by denying his motion to suppress and admitting into evidence

his statements to police because the statements were obtained in violation of his privilege against compulsory self-incrimination.

We have reviewed the briefs of the parties and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 30.25(b).